UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATIONAL ALLIANCE FOR )
ACCESSIBILITY, INC., Denise Payne, )
)
)
Plaintiffs, )
)
v. ) **JUDGMENT**
)
)
Belk, Inc., ) No. 5:12-CV-394-BR
)
Defendant. )
)

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to dismiss the complaint is GRANTED. The Clerk is DIRECTED to enter judgment in favor of defendant and close the case.

**This judgment filed and entered on March 18, 2013, and served on:**

Gregory P. McGuire  (via CM/ECF Notice of Electronic Filing)
Kimberly Joyce Lehman  (via CM/ECF Notice of Electronic Filing)
Jacqueline Yvonne London  (via CM/ECF Notice of Electronic Filing)

March 18, 2013                                         /s/ Julie A. Richards,
                                                             Clerk of Court